UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Joseph T. Carmack ) | |
| ) | |
| Petitioner, Pro Se ) | Civil Action No. 05-10185-PBS |
| ) | |
| ) | |
| National Mediation Board ) | |
| Special Board of Adjustment No. 928 ) | |
| ) | |
| Respondent ) | |
| ) | |
| ) | |

## NOTICE OF GOOD CAUSE FOR FAILURE OF SERVICE OF SUMMONS AND PETITION PER FEDERAL RULE OF CIVIL PROCEDURE RULE 4(m) AND MOTION FOR ENLARGEMENT OF TIME PER FEDERAL RULE OF CIVIL PROCEDURE RULE 6(b)(2)

Petitioner Joseph T. Carmack ("petitioner") hereby moves for an order of

enlargement of time to summons the respondent, the National Mediation Board, Special

Board of Adjustment No. 928 ("SBA-928" or "respondent") with the petition for judicial

review in the above captioned case. As grounds therefore, petitioner states that he has

perceived a conflict between wording of the Railway Labor Act ("RLA") regarding

judicial review and Federal Rules for Civil Procedure, Rule 4 indicating that no service of

process by the petitioner would be required. Wherefore, petitioner prays for an order that

will permit him to rectify and compensate for the error.

1

WHEREFORE, petitioner hereby prays that this honorable Court will fashion an order for sufficient enlargement of time to service summons and petition on respondent at this late date including, if necessary, an order requiring the petitioner to re-file the case and pay the current filing fee. Plaintiff hereby shows good cause why the case should be re-opened.

Date: APRIL 10, 2007

**Respectfully submitted,**

Joseph T. Carmack

Joseph T. Carmack
Plaintiff, Pro Se
398 Columbus Ave PMB 130
Boston, MA 02116-6008
Work: 617/727-2310 ext. 7045

2

## Certificate of Service

I, Joseph T. Carmack hereby certify that I have on April 10, 2007 served a true copy of the foregoing document by First Class U.S. Mail to Mary Johnson, General Counsel for the National Mediation Board at 1301 K. Street N.W. Suite 250 East, Washington, DC 20572.

Date: April 10, 2007

Joseph T. Carmack
Plaintiff, Pro Se
398 Columbus Ave PMB 130
Boston, MA 02116-6008
Work: 617/727-2310 ext. 7045

I, Joseph T. Carmack hereby certify that I have on April 10, 2007 served a true copy of the foregoing document by First Class U.S. Mail to the United States Attorney for Massachusetts at One Courthouse Way Boston

Date: April 10, 2007

Joseph T. Carmack
Plaintiff, Pro Se
398 Columbus Ave PMB 130
Boston, MA 02116-6008
Work: 617/727-2310 ext. 7045

I, Joseph T. Carmack hereby certify that I have on April 10, 2007 served a true copy of the foregoing document by First Class U.S. Mail to the United States Attorney General at the Office of the Attorney General, U.S. Department of Justice, 950 Pennsylvania Avenue, Washington, DC 20530-0001.

Date: April 10, 2007

Joseph T. Carmack
Plaintiff, Pro Se
398 Columbus Ave PMB 130
Boston, MA 02116-6008
Work: 617/727-2310 ext. 7045

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

WASHINGTON DC 20530   OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | $2.79 | 0114 |
| Certified Fee | | $2.40 | |
| Return Receipt Fee (Endorsement Required) | | $0.00 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 | |
| Total Postage & Fees | $ | $5.19 | 04/10/2007 |

Sent To  U.S. ATTORNEY GENERAL   DOJ
Street, Apt. No.; or PO Box No.  950 PENNSYLVANIA AVE
City, State, ZIP+4  WASHINGTON  D.C. 20530-0001

PS Form 3800, August 2006            See Reverse for Instructions

---

**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | $2.79 | 0114 |
| Certified Fee | | $2.40 | 04 |
| Return Receipt Fee (Endorsement Required) | | $0.00 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 | |
| Total Postage & Fees | $ | $5.19 | 04/10/2007 |

Sent To  U.S. ATTORNEY  M. J. SULLIVAN
Street, Apt. No.; or PO Box No.  U.S. COURTHOUSE, SUITE 9200
City, State, ZIP+4  ONE COURTHOUSE WAY
BOSTON, MA 02210

PS Form 3800, August 2006            See Reverse for Instructions

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

WASHINGTON DC 20572   OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | $2.79 | 0114 |
| Certified Fee | | $2.40 | |
| Return Receipt Fee (Endorsement Required) | | $1.85 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 | |
| Total Postage & Fees | $ | $7.04 | 04/10/2007 |

Sent To  NAT'L MEDIATION BOARD,
Street, Apt. No.; or PO Box No.  MARY JOHNSON  GENERAL COUNSEL
City, State, ZIP+4  1301 K STREET N.W. SUITE 250East
WASHINGTON, D.C. 20572

PS Form 3800, August 2006            See Reverse for Instructions

05-10185 - PBS